690 F.2d 1279
 19 ERC 1097, 12 Envtl. L. Rep. 21,111
 TRUSTEES FOR ALASKA, et al., Plaintiffs/Appellees,
v.
James G. WATT, Secretary of the Interior, et al.,
Defendants/Appellants.
 No. 82-3107.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Aug. 19, 1982.
Decided Oct. 26, 1982.
 
 Anne S. Almy, Appellate Section, Washington, D. C., for defendants/appellants.
 Robert E. Mintz, Anchorage, Alaska, for plaintiffs/appellees.
 Appeal from the United States District Court for the District of Alaska; James A. von der Heydt, Chief Judge, Presiding.
 Before PREGERSON, ALARCON, and NELSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 On the basis of the district court's thorough and well-reasoned opinion, reported at 524 F.Supp. 1303 (1981), the judgment of the district court is AFFIRMED.